IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ZEPPELIN CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION,<br><br>*Defendant.* | CASE NO. 4:23-CV-00381-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

Before the Court is Plaintiff Zeppelin Corporation's notice of dismissal. After reviewing the notice and the other pleadings on file, the Court finds that the case should be dismissed.

It is therefore ORDERED that, pursuant to Rule 41(a)(1)(A)(i) all claims by Plaintiff Zeppelin against Defendant ZTE Corporation are dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 30th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE